# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY W. HANNAN | § | Case No. 14-25330 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/09/2014 . The undersigned trustee was appointed on 07/09/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $    20,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 411.41 |
   | Bank service fees | 37.17 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]      $ | 19,551.42 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  05/07/2015  and the deadline for filing governmental claims was  05/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2015                    By: /s/Frances Gecker
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-25330 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | MARY W. HANNAN | | | | Date Filed (f) or Converted (c): | 07/09/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/26/2014 |
| For Period Ending: | 10/28/2015 | | | | Claims Bar Date: | 05/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2717 Mariner Ct. Lynwood, Il 60411 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. Cabin On 5 Acres N 5745 7Th Rd., Marinette County, Beaver, W | 12,000.00 | 0.00 | | 20,000.00 | FA |
| 3. Checking Account With Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4. Joint Checking Account With Daughter At First Savings Bank O | 50.00 | 0.00 | | 0.00 | FA |
| 5. Joint Savings Account With Son At First Savings Bank Of Hege | 50.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account With Illinois Central Credit Union | 93.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous | 200.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous | 300.00 | 0.00 | | 0.00 | FA |
| 9. State Farm And Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 10. Fidelity Investments 401(K) | 359.44 | 0.00 | | 0.00 | FA |
| 11. 1998 Chevy Cavalier | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $143,452.44 $0.00 $20,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW IN THIS CASE.

Initial Projected Date of Final Report (TFR): 04/15/2015     Current Projected Date of Final Report (TFR): 06/01/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-25330  
Case Name: MARY W. HANNAN  
Taxpayer ID No: XX-XXX1682  
For Period Ending: 10/28/2015  

Trustee Name: Frances Gecker  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2028  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 |  | Transfer from Acct # xxxxxx7677 | Transfer of Funds | 9999-000 | $19,551.42 |  | $19,551.42 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $19,551.42 | $0.00 |
| Less: Bank Transfers/CD's | $19,551.42 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*   Page Subtotals:   $19,551.42   $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-25330 | Trustee Name: Frances Gecker |
| Case Name: MARY W. HANNAN | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7677 |
| | Checking |
| Taxpayer ID No: XX-XXX1682 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/28/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/15 | 2 | Kerri A. Hannan<br>2717 Mariner Court<br>Lynwood, IL 60411 | Sale of Real Estate<br>Debtor bought interest from Trustee | 1110-000 | $20,000.00 | | $20,000.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.55 | $19,989.45 |
| 02/10/15 | 101 | ARTHUR B. LEVINE COMPANY<br>Attn: Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $11.41 | $19,978.04 |
| 02/11/15 | 102 | BROADWAY REAL ESTATE OF WI INC.<br>1600 13TH STREET<br>MENOMINEE, MI 49858 | Real Estate Broker<br>Market Analysis | 3520-000 | | $400.00 | $19,578.04 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.62 | $19,551.42 |
| 07/08/15 | | Transfer to Acct # xxxxxx2028 | Transfer of Funds | 9999-000 | | $19,551.42 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $19,551.42 |
| Subtotal | $20,000.00 | $448.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $448.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $20,000.00 $20,000.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2028 - Checking | $0.00 | $0.00 | $19,551.42 |
| XXXXXX7677 - Checking | $20,000.00 | $448.58 | $0.00 |
|  | $20,000.00 | $448.58 | $19,551.42 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-25330-CAD                                                                                                           Date: October 28, 2015
Debtor Name: MARY W. HANNAN
Claims Bar Date: 5/7/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,917.20 | $1,917.20 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $19.99 | $19.99 |
| 100 3520 | BROADWAY REAL ESTATE OF WI INC.<br>1600 13TH STREET<br>MENOMINEE, MI 49858 | Administrative | | $0.00 | $400.00 | $400.00 |
| 100 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $5,165.00 | $5,165.00 |
| 100 3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $25.51 | $25.51 |
| 100 2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| 6 280 5800 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $1,225.32 | $1,225.32 |
| 8 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $402.41 | $402.41 |
| 1 300 7100 | CORPORATE AMERICA FAMILY CREDIT UNION<br>2075 BIG TIMBER RD<br>ELGIN, IL 60123 | Unsecured | | $0.00 | $2,556.11 | $2,556.11 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-25330-CAD                                                                         Date: October 28, 2015
Debtor Name: MARY W. HANNAN
Claims Bar Date: 5/7/2015

|  | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA PO BOX 248866 OKLAHOMA CITY, OK 73124-8866 | Unsecured |  | $0.00 | $9,563.69 | $9,563.69 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured |  | $0.00 | $538.59 | $538.59 |
| 4 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured |  | $0.00 | $160.51 | $160.51 |
| 5 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured |  | $0.00 | $1,645.74 | $1,645.74 |
| 6u 300 7100 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | Unsecured portion - Interest | $0.00 | $19.96 | $19.96 |
| 7 300 7100 | CAPITAL ONE NA CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured |  | $0.00 | $1,391.02 | $1,391.02 |
| 8u 300 7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Unsecured | Unsecured portion - Interest | $0.00 | $52.50 | $52.50 |
| 9 300 7100 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON, WI 53704-8973 | Unsecured | Student Loan | $0.00 | $5,302.63 | $5,302.63 |
| 10 300 7100 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Unsecured |  | $0.00 | $2,356.06 | $2,356.06 |

Page 2                                                                                              Printed: October 28, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-25330-CAD  
Debtor Name: MARY W. HANNAN  
Claims Bar Date: 5/7/2015  
Date: October 28, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $0.00 | $6,057.95 | $6,057.95 |
| 12 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | | $0.00 | $3,745.54 | $3,745.54 |
| | Case Totals | | | $0.00 | $45,295.73 | $45,295.73 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-25330
Case Name: MARY W. HANNAN
Trustee Name: Frances Gecker

| | | |
|---|---:|---:|
| Balance on hand | $ | 19,551.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 5,165.00 | $ 0.00 | $ 5,165.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 25.51 | $ 0.00 | $ 25.51 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 1,917.20 | $ 0.00 | $ 1,917.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 19.99 | $ 0.00 | $ 19.99 |
| Other: BROADWAY REAL ESTATE OF WI INC. | $ 400.00 | $ 400.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 9,877.70 |
| Remaining Balance | $ 9,673.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,627.73  must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE | $ 1,225.32 | $ 0.00 | $ 1,225.32 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 402.41 | $ 0.00 | $ 402.41 |

    Total to be paid to priority creditors      $ 1,627.73

    Remaining Balance      $ 8,045.99

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 33,390.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.1 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CORPORATE AMERICA FAMILY CREDIT UNION | $ 2,556.11 | $ 0.00 | $ 615.94 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 9,563.69 | $ 0.00 | $ 2,304.54 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 538.59 | $ 0.00 | $ 129.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 160.51 | $ 0.00 | $ 38.68 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,645.74 | $ 0.00 | $ 396.57 |
| 6u | INTERNAL REVENUE SERVICE | $ 19.96 | $ 0.00 | $ 4.81 |
| 7 | CAPITAL ONE NA | $ 1,391.02 | $ 0.00 | $ 335.19 |
| 8u | ILLINOIS DEPARTMENT OF REVENUE | $ 52.50 | $ 0.00 | $ 12.65 |
| 9 | US DEPT OF EDUCATION | $ 5,302.63 | $ 0.00 | $ 1,277.76 |
| 10 | SYNCHRONY BANK | $ 2,356.06 | $ 0.00 | $ 567.73 |
| 11 | SYNCHRONY BANK | $ 6,057.95 | $ 0.00 | $ 1,459.78 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 3,745.54 | $ 0.00 | $ 902.56 |

Total to be paid to timely general unsecured creditors    $    8,045.99

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE