## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY W. HANNAN | § | Case No. 14-25330 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/02/2015 in Courtroom 742 (Judge Doyle),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL  60504

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __10/29/2015__          By: _/s/  Frances Gecker_____
                                              Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY W. HANNAN | § | Case No. 14-25330 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 448.58 |
| leaving a balance on hand of[1] | $ | 19,551.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $    2,750.00 | $    0.00 | $    2,750.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $    5,165.00 | $    0.00 | $    5,165.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $    25.51 | $    0.00 | $    25.51 |
| Accountant for Trustee Fees:  ALAN D. LASKO & ASSOCIATES P. C. | $    1,917.20 | $    0.00 | $    1,917.20 |
| Accountant for Trustee Expenses:  ALAN D. LASKO & ASSOCIATES P. C. | $    19.99 | $    0.00 | $    19.99 |
| Other: BROADWAY REAL ESTATE OF WI INC. | $    400.00 | $    400.00 | $    0.00 |
| Total to be paid for chapter 7 administrative expenses | $    9,877.70 | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance                                      $              9,673.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,627.73  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE | $        1,225.32 | $        0.00 | $        1,225.32 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $        402.41 | $        0.00 | $        402.41 |

Total to be paid to priority creditors                   $              1,627.73

Remaining Balance                                      $              8,045.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,390.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  24.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CORPORATE AMERICA FAMILY CREDIT UNION | $        2,556.11 | $        0.00 | $        615.94 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $        9,563.69 | $        0.00 | $        2,304.54 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 538.59 | $ 0.00 | $ 129.78 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 160.51 | $ 0.00 | $ 38.68 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,645.74 | $ 0.00 | $ 396.57 |
| 6u | INTERNAL REVENUE SERVICE | $ 19.96 | $ 0.00 | $ 4.81 |
| 7 | CAPITAL ONE  NA | $ 1,391.02 | $ 0.00 | $ 335.19 |
| 8u | ILLINOIS DEPARTMENT OF REVENUE | $ 52.50 | $ 0.00 | $ 12.65 |
| 9 | US DEPT OF EDUCATION | $ 5,302.63 | $ 0.00 | $ 1,277.76 |
| 10 | SYNCHRONY BANK | $ 2,356.06 | $ 0.00 | $ 567.73 |
| 11 | SYNCHRONY BANK | $ 6,057.95 | $ 0.00 | $ 1,459.78 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 3,745.54 | $ 0.00 | $ 902.56 |

Total to be paid to timely general unsecured creditors $ 8,045.99

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 14-25330-CAD
Mary W. Hannan                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: cmendoza1        Page 1 of 2        Date Rcvd: Oct 30, 2015
                           Form ID: pdf006         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2015.
db           +Mary W. Hannan,   2717 Mariner Ct.,   Chicago Heights, IL 60411-1437
aty          +FrankGecker LLP,   325 N. LaSalle Street,   Suite 625,   Chicago, IL 60654-6465
22144083     +Aes/Nct,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
23026543      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22144084     +Captial One/Best Buy,   PO Box 6497,   Sioux Falls, SD 57117-6497
22144085     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
22144086     +Comenity Bank/carsons,   3100 Easton Square Pl,   Columbus, OH 43219-6232
22144088     +Comenity Bank/lnbryant,   4590 E Broad St,   Columbus, OH 43213-1301
22144090     +First Savings Bank of Hegewich,   2351 Glenwood-Dyer Rd.,   Chicago Heights, IL 60411-8623
22144094      Ingalls Memorial Hospital,   Payment Processing Center,   PO Box 3397,   Chicago, IL 60654-0397
22144098     +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
22144097     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
22144100     +Td Bank Usa/Target Credit Card,   Po Box 673,   Minneapolis, MN 55440-0673
23154727     +US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
22144101      United Health Care,   Railroad Accounts,   PO Box 150453,   Hartford, CT 06115-0453
22144102     +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
22144103      Vision Financial Services,   PO Box 1768,   La Porte, IN 46352-1768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22901246      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2015 01:01:52
              American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
              Oklahoma City, OK  73124-8866
22144089     +E-mail/Text: collections@cafcu.org Oct 31 2015 00:51:18
              Corporate America Family Credit Union,   2075 Big Timber Rd,   Elgin, IL 60123-1140
22144092     +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2015 01:01:34        GECRB/Sams Club,
              Gecrb/Sams Club,   Po Box 103104,   Roswell, GA 30076-9104
22144091     +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2015 01:02:00        Gecrb/Care Credit,
              Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
22144093      E-mail/Text: rev.bankruptcy@illinois.gov Oct 31 2015 00:50:41
              Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
22144095      E-mail/Text: cio.bncmail@irs.gov Oct 31 2015 00:50:01    Internal Revenue Service,
              Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
22144096     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 31 2015 00:49:51     Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
23262056     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2015 01:02:07
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22913871      E-mail/Text: bnc-quantum@quantum3group.com Oct 31 2015 00:50:22
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
22144099      E-mail/PDF: cbp@springleaf.com Oct 31 2015 01:01:04    Springleaf Financial Services,
              Attention: Bankruptcy Department,   Po Box 3251,   Evansville, IN 47731
23217464      E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2015 01:01:06    Synchrony Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                       TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22144087      Comenity Bank/fashbug
                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: cmendoza1          Page 2 of 2          Date Rcvd: Oct 30, 2015
                             Form ID: pdf006          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
          David P Lloyd   on behalf of Debtor Mary W. Hannan courtdocs@davidlloydlaw.com
          Frances  Gecker   on behalf of Accountant Alan D. Lasko & Associates fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Frances  Gecker   fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Micah R Krohn   on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
           ccarpenter@fgllp.com;csmith@fgllp.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski   on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
           nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                    TOTAL: 6