# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY W. HANNAN | § | Case No. 14-25330 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 115,159.44                     Assets Exempt: 16,293.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,673.72       Claims Discharged
                                                 Without Payment: 218,550.19

Total Expenses of Administration: 10,326.28

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 172,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,326.28 | 10,326.28 | 10,326.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,854.00 | 1,627.73 | 1,627.73 | 1,627.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,965.88 | 33,390.30 | 33,390.30 | 8,045.99 |
| **TOTAL DISBURSEMENTS** | $ 225,819.88 | $ 45,344.31 | $ 45,344.31 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 07/09/2014. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2016        By:/s/Frances Gecker
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cabin On 5 Acres N 5745 7Th Rd., Marinette County, Beaver, W | 1110-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Savings Bank of Hegewich 2351 Glenwood-Dyer Rd. Chicago Heights, IL 60411 | | 172,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 172,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 11.41 | 11.41 | 11.41 |
| The Bank of New York Mellon | 2600-000 | NA | 37.17 | 37.17 | 37.17 |
| FRANKGECKER LLP | 3110-000 | NA | 5,165.00 | 5,165.00 | 5,165.00 |
| FRANKGECKER LLP | 3120-000 | NA | 25.51 | 25.51 | 25.51 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,917.20 | 1,917.20 | 1,917.20 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 19.99 | 19.99 | 19.99 |
| BROADWAY REAL ESTATE OF WI INC. | 3520-000 | NA | 400.00 | 400.00 | 400.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,326.28 | $ 10,326.28 | $ 10,326.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 525.00 | 402.41 | 402.41 | 402.41 |
| 6 | INTERNAL REVENUE SERVICE | 5800-000 | 1,329.00 | 1,225.32 | 1,225.32 | 1,225.32 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,854.00 | $ 1,627.73 | $ 1,627.73 | $ 1,627.73 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/Nct Aes/Ddb Po Box 8183 Harrisburg, PA 17105 | | 3,330.00 | NA | NA | 0.00 |
| | Captial One/Best Buy PO Box 6497 Sioux Falls, SD 57117 | | 1,493.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 6,093.00 | NA | NA | 0.00 |
| | Ingalls Memorial Hospital Payment Processing Center PO Box 3397 Chicago, IL 60654-0397 | | 106.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 9,789.00 | NA | NA | 0.00 |
| | Springleaf Financial Services Attention: Bankruptcy Department Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | United Health Care Railroad Accounts PO Box 150453 Hartford, CT 06115-0453 | | 239.24 | NA | NA | 0.00 |
| | Vision Financial Services PO Box 1768 La Porte, IN 46352-1768 | | 155.09 | NA | NA | 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 8,926.00 | 9,563.69 | 9,563.69 | 2,304.54 |
| 7 | CAPITAL ONE NA | 7100-000 | 1,239.00 | 1,391.02 | 1,391.02 | 335.19 |
| 1 | CORPORATE AMERICA FAMILY CREDIT UNION | 7100-000 | 1,917.00 | 2,556.11 | 2,556.11 | 615.94 |
| 8u | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 52.50 | 52.50 | 12.65 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 3,484.00 | 3,745.54 | 3,745.54 | 902.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 404.00 | 538.59 | 538.59 | 129.78 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 54.00 | 160.51 | 160.51 | 38.68 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,445.00 | 1,645.74 | 1,645.74 | 396.57 |
| 10 | SYNCHRONY BANK | 7100-000 | 1,875.00 | 2,356.06 | 2,356.06 | 567.73 |
| 11 | SYNCHRONY BANK | 7100-000 | 5,657.00 | 6,057.95 | 6,057.95 | 1,459.78 |
| 9 | US DEPT OF EDUCATION | 7100-000 | 5,759.00 | 5,302.63 | 5,302.63 | 1,277.76 |
| 6u | INTERNAL REVENUE SERVICE | 7100-001 | NA | 19.96 | 19.96 | 4.81 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 51,965.88 | $ 33,390.30 | $ 33,390.30 | $ 8,045.99 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-25330 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | MARY W. HANNAN | | | | Date Filed (f) or Converted (c): | 07/09/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/26/2014 |
| For Period Ending: | 01/19/2016 | | | | Claims Bar Date: | 05/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2717 Mariner Ct. Lynwood, Il 60411 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. Cabin On 5 Acres N 5745 7Th Rd., Marinette County, Beaver, W | 12,000.00 | 0.00 | | 20,000.00 | FA |
| 3. Checking Account With Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4. Joint Checking Account With Daughter At First Savings Bank O | 50.00 | 0.00 | | 0.00 | FA |
| 5. Joint Savings Account With Son At First Savings Bank Of Hege | 50.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account With Illinois Central Credit Union | 93.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous | 200.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous | 300.00 | 0.00 | | 0.00 | FA |
| 9. State Farm And Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 10. Fidelity Investments 401(K) | 359.44 | 0.00 | | 0.00 | FA |
| 11. 1998 Chevy Cavalier | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $143,452.44 $0.00 $20,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW IN THIS CASE.

Initial Projected Date of Final Report (TFR): 04/15/2015     Current Projected Date of Final Report (TFR): 06/01/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-25330 | Trustee Name: | Frances Gecker | |
| Case Name: | MARY W. HANNAN | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2028 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1682 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/19/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7677 | Transfer of Funds | 9999-000 | $19,551.42 | | $19,551.42 |
| 12/03/15 | 5001 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,750.00 | $16,801.42 |
| 12/03/15 | 5002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $5,190.51 | $11,610.91 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($5,165.00) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($25.51) | 3120-000 | | | |
| 12/03/15 | 5003 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $1,937.19 | $9,673.72 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($1,917.20) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($19.99) | 3420-000 | | | |
| 12/03/15 | 5004 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5800-000 | | $1,225.32 | $8,448.40 |
| 12/03/15 | 5005 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Distribution | | | $415.06 | $8,033.34 |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($402.41) | 5800-000 | | | |

| | | Page Subtotals: | | | $19,551.42 | $11,518.08 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-25330
Case Name: MARY W. HANNAN
Taxpayer ID No: XX-XXX1682
For Period Ending: 01/19/2016

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX2028
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 8 representing a payment of 24.10 % per court order. | ($12.65) | 7100-000 | | | |
| 12/03/15 | 5006 | CORPORATE AMERICA FAMILY CREDIT UNION 2075 BIG TIMBER RD ELGIN, IL 60123 | Final distribution to claim 1 representing a payment of 24.10 % per court order. | | 7100-000 | | $615.94 | $7,417.40 |
| 12/03/15 | 5007 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA PO BOX 248866 OKLAHOMA CITY, OK 73124-8866 | Final distribution to claim 2 representing a payment of 24.10 % per court order. | | 7100-000 | | $2,304.54 | $5,112.86 |
| 12/03/15 | 5008 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Distribution | | | | $565.03 | $4,547.83 |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 3 representing a payment of 24.10 % per court order. | ($129.78) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 4 representing a payment of 24.10 % per court order. | ($38.68) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 5 representing a payment of 24.10 % per court order. | ($396.57) | 7100-000 | | | |
| 12/03/15 | 5009 | Clerk, U.S. Bankruptcy Court | Remit to Court | | 7100-001 | | $4.81 | $4,543.02 |
| 12/03/15 | 5010 | CAPITAL ONE NA CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 24.10 % per court order. | | 7100-000 | | $335.19 | $4,207.83 |
| 12/03/15 | 5011 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON, WI 53704-8973 | Final distribution to claim 9 representing a payment of 24.10 % per court order. | | 7100-000 | | $1,277.76 | $2,930.07 |

Page Subtotals: $0.00 $5,103.27

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 14-25330 | Trustee Name: | Frances Gecker | |
| Case Name: | MARY W. HANNAN | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2028 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1682 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/19/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/03/15 | 5012 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Distribution | | | | $2,027.51 | $902.56 |
| | | SYNCHRONY BANK | Final distribution to claim 10 representing a payment of 24.10 % per court order. | ($567.73) | 7100-000 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 11 representing a payment of 24.10 % per court order. | ($1,459.78) | 7100-000 | | | |
| 12/03/15 | 5013 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 12 representing a payment of 24.10 % per court order. | | 7100-000 | | $902.56 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $19,551.42 | $19,551.42 |
| Less: Bank Transfers/CD's | $19,551.42 | $0.00 |
| Subtotal | $0.00 | $19,551.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $19,551.42 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00   $2,930.07

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-25330 | Trustee Name: Frances Gecker |
| Case Name: MARY W. HANNAN | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7677 |
| | Checking |
| Taxpayer ID No: XX-XXX1682 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/15 | 2 | Kerri A. Hannan<br>2717 Mariner Court<br>Lynwood, IL  60411 | Sale of Real Estate<br>Debtor bought interest from Trustee | 1110-000 | $20,000.00 | | $20,000.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.55 | $19,989.45 |
| 02/10/15 | 101 | ARTHUR B. LEVINE COMPANY<br>Attn:  Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, NY  10165 | Bond No. 10BSBGR6291 | 2300-000 | | $11.41 | $19,978.04 |
| 02/11/15 | 102 | BROADWAY REAL ESTATE OF WI INC.<br>1600 13TH STREET<br>MENOMINEE, MI 49858 | Real Estate Broker<br>Market Analysis | 3520-000 | | $400.00 | $19,578.04 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.62 | $19,551.42 |
| 07/08/15 | | Transfer to Acct # xxxxxx2028 | Transfer of Funds | 9999-000 | | $19,551.42 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $20,000.00 | $20,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $19,551.42 |
| | Subtotal | $20,000.00 | $448.58 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $20,000.00 | $448.58 |

Page Subtotals: $20,000.00   $20,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2028 - Checking | $0.00 | $19,551.42 | $0.00 |
| XXXXXX7677 - Checking | $20,000.00 | $448.58 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |